

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2019

No. 04-19-00182-CV

Crystal **SMITH,**
Appellant

v.

Joseph **HICKMAN,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI19228
Honorable Solomon Casseb III, Judge Presiding

# O R D E R

On April 3, 2019, the clerk of this court notified Kayleen Rivera that she is the court reporter responsible for timely filing the reporter's record in this appeal and that the reporter's record is late. The clerk explained that if the reporter's record has not been filed because (1) the appellant has failed to pay or make arrangements to pay the reporter's fee and (2) the appellant is not entitled to appeal without paying the fee, the court reporter must file a notification of late record stating such fact within ten days. Otherwise, the court reporter must file the reporter's record within thirty days, on May 3, 2019.

The reporter's record has not been filed. Nor has the court reporter filed a notification of late record.

We, therefore, ORDER the court reporter to file the reporter's record on or before **June 12, 2019**. If the reporter's record is not received by such date, an order may be issued directing the court reporter to appear and show cause why she should not be held in contempt for failing to file the record.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court